UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEWIS HELFER, JENNIFER ELSTER-HELFER, AND COLLEEN HELFER,<br><br>　　　　　　　Plaintiffs,<br><br>　- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　Defendant. | Case No. 1:19-cv-8<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, Lauren C. Watson, Esq., of Emmet, Marvin & Martin, LLP, hereby appears in the above-captioned action as counsel for defendant JPMorgan Chase Bank, N.A., and requests that copies of any and all notices and papers filed or entered in this action be served upon the following:

> Lauren C. Watson, Esq.
> EMMET, MARVIN & MARTIN, LLP
> 120 Broadway-32nd Floor
> New York, New York 10271
> Telephone: (212) 238-3000
> Facsimile: (212) 238-3100
> lwatson@emmetmarvin.com

Dated: New York, New York
　　　　January 2, 2019

> EMMET, MARVIN & MARTIN, LLP
>
> By: /s/ Lauren C. Watson
> 　　Lauren C. Watson
> 　　120 Broadway- 32nd Floor
> 　　New York, New York 10271
> 　　Telephone: (212) 238-3000
> 　　*Counsel for JPMorgan Chase Bank, N.A.*