UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEWIS HELFER, JENNIFER ELSTER-HELFER, AND COLLEEN HELFER,<br><br>      Plaintiffs,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant. | Case No. 1:19-cv-8<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

  The undersigned counsel for Defendant, JPMorgan Chase Bank, N.A. ("Chase"), certifies that Chase is a non-governmental corporate party and that Chase's parent corporation, and all publicly held corporations owning 10% or more of Chase's stock, are listed here:

        JPMorgan Chase & Co.

Dated: New York, New York
    January 2, 2019

            EMMET, MARVIN & MARTIN, LLP


            By: /s/ Lauren C. Watson
              Lauren C. Watson
              Tyler J. Kandel
              120 Broadway- 32nd Floor
              New York, New York 10271
              (212) 238-3000
              *Attorneys for Defendant*
              *JPMorgan Chase Bank, N.A.*