UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEWIS HELFER, JENNIFER ELSTER-
HELFER, AND COLLEEN HELFER,
                Plaintiffs,

                -against-

JPMORGAN CHASE BANK, N.A.,
                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2020

19 **CIVIL** 0008 (NRB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 20, 2020, Chase's motion for summary judgment is GRANTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          November 23, 2020

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**
                  BY:
                                          **Deputy Clerk**